FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
JENNIFER TIPTON POLLOCK

OCT 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jennifer Tipton Pollock has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Pollock passed the MPRE in 1999 when seeking admission to the practice of law in the State of Florida, where she was admitted. Pollock has practiced law for over 21 years "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jennifer Tipton Pollock to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 6th day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices